**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLIN EBRAHIM-AMRODAGA,<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>Defendant. | Case No. 5:21-cv-04319-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOW COMES, CAROLIN EBRAHIM-AMRODAGA ("Plaintiff"), by and through her undersigned attorney, and, in support of her Notice of Voluntary Dismissal with prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, CAVALRY PORTFOLIO SERVICES, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 28th day of June 2021.

/s/ *Alejandro E. Figueroa*
Alejandro E. Figueroa
California Bar No. 332132
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd
Phone: (630) 575-8181 Ext. 120
Fax: (630) 575-8188

1

alejandrof@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

<u>/s/ Alejandro E. Figueroa</u>
Alejandro E. Figueroa